AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Grace D. Solis
_____
Plaintiff

v.    Civil Action No. **11-CV-23798-SEITZ/SIMONTON**

CLIENT SERVICES, INC
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CLIENT SERVICES, INC.
c/o Mr. Daniel K. Barklage, Registered Agent
211 North Third Street, St. Charles, MO  63301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace D. Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Grace D. Solis
_____
Plaintiff

v.

Citibank (South Dakota), N.A.
_____
Defendant

)
)
)
)
)
)
)

11-CV-23798-SEITZ/SIMONTON
Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citibank (South Dakota), N.A.
c/o Patrick A. Carey, P.A. - Attorney
10967 Lake Underhill Rd. Unit 125
Orlando, FL 32825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace D. Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Grace D. Solis
_____
Plaintiff

v.

Patrick A. Carey, P.A.
_____
Defendant

)
)
)
)
)
)
)

11-CV-23798-SEITZ/SIMONTON
Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patrick A. Carey, P.A.
10967 Lake Underhill Road, Unit 125
Orlando, FL 32825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace D. Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Grace D. Solis_
Plaintiff

v.

_Patrick A. Carey_
Defendant

)
)
)
)
)
)
)

Civil Action No. 11-CV-23798-SEITZ/SIMONTON

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Patrick A. Carey
10967 Lake Underhill Road, Unit 125
Orlando, FL 32825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace D. Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 21, 2011



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Grace D. Solis
_____
Plaintiff
v.
Robert J. Rivera
_____
Defendant

)
)
)
)
)
)
)

11-CV-23798-SEITZ/SIMONTON
Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert J. Rivera
10967 Lake Underhill Road, Unit 125
Orlando, FL 32825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace D. Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Grace D. Solis
_____
Plaintiff

v.

Mairim A. Morales
_____
Defendant

)
)
)
)
)
)
)

11-CV-23798-SEITZ/SIMONTON
Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mairim A. Morales
10967 Lake Underhill Road, Unit 125
Orlando, FL 32825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace D. Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2011**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts