

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GRACE D. SOLIS

    Plaintiff                                     Case No. 11-CV-23798-SEITZ/SIMONTON

-v-

CLIENT SERVICES, INC.,
CITIBANK (SOUTH DAKOTA), N.A.,
PATRICK A. CAREY, P.A.,
Patrick A. Carey Individually,
Robert J. Rivera, Individually
And Mairim A. Morales, Individually

    Defendants

### PLAINTIFF'S MOTION TO COMPEL COUNSEL FOR CLIENT SERVICES, CAREY, P.A., CAREY, RIVERA AND MORALES TO PROPERLY SERVE ANSWER TO PLAINTIFF

On January 12, 2012, Plaintiff filed a MOTION FOR SANCTIONS FOR FAILURE TO NOTIFY PLAINTIFF REGARDING ANSWER FILED AND NOTICE OF APPEARANCE pursuant to Rule 11(b) for failure to comply with Rule 5(a)(1)(B), 5(b)(C) of the Federal Rules of Civil Procedure. On January 19, 2012, Counsel delivered a CD to Plaintiff. On January 20, 2012, Plaintiff emailed Counsel that CD was received but was unable to read it due to not having a CD Rom reader. Plaintiff also requested Counsel to send all future motions in paper format via US certified mail. As of February 1, 2012, Plaintiff has not received any filed motions/answers.

Respectfully submitted,

*/s/ Grace D. Solis*

Grace D. Solis
730 86th Street
Miami Beach, FL 33141                    Dated: February 2, 2012

## CERTIFICATE OF SERVICE

I, Grace D. Solis, certify that on February 2, 2012, I mailed a true and correct copy of the above and foregoing PLAINTIFF'S MOTION TO COMPEL COUNSEL FOR CLIENT SERVICES, CAREY, P.A., CAREY, RIVERA AND MORALES TO PROPERLY SERVE ANSWER TO PLAINTIFF via USPS certified mail to:

GOLDEN & SCAZ, PLLC
Attorney At Law
201 North Armenia Avenue
Tampa, FL 33609-2303
#7010 2780 0002 1891 5836

Louis M. Ursini, III, Esq.
Adams and Reese LLP
101 E Kennedy Boulevard
Suite 4000
Tampa, FL 33602
#7010 2780 0002 1891 5959