UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by **RAL** D.C.

JUN 21 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

GRACE D. SOLIS

    Plaintiff

                      Case No. 11-CV-23798-SEITZ/SIMONTON

-v-

CLIENT SERVICES, INC.,
CITIBANK (SOUTH DAKOTA), N.A.,
PATRICK A. CAREY, P.A.,
Patrick A. Carey Individually,
Robert J. Rivera, Individually
And Mairim A. Morales, Individually

### NOTICE OF SCRIVENER'S ERROR

Comes now the Plaintiff, Grace D. Solis and files this Notice of Scrivener's Error. Each instance of **section 103(i) of this Act** should be replaced with **section 1602(i) of this Act:**.

    Page 8 paragraph 71, First Amended Complaint, Docket Entry #27;

    Page 9 paragraph 82, First Amended Complaint, Docket Entry #27;

    Page 8 paragraph 75, Second Amended Complaint, Docket Entry #52;

    Page 9 paragraph 86, Second Amended Complaint, Docket Entry #52;

    Page 9 paragraph 91, Third Amended Complaint, Docket Entry #64 and;

    Page 11 paragraph 102, Third Amended Complaint, Docket Entry #64.

Respectfully Submitted,

*/s/ Grace D. Solis*

Grace D. Solis
Pro Se
730 86th Street
Miami Beach, FL 33141

## CERTIFICATE OF SERVICE

      I, Grace D. Solis, certify that on June 21, 2012, I mailed a true and correct copy of the above and foregoing NOTICE OF SCRIVENER'S ERROR via USPS certified mail to:

CITIBANK (SOUTH DAKOTA), N.A.
Louis M. Ursini, III, Esq.
Adams and Reese LLP
101 E Kennedy Boulevard
Suite 4000
Tampa, FL  33602
#7011 0470 0001 2643 6288

CLIENT SERVICES, INC.
PATRICK A. CAREY, P.A.
Patrick A. Carey
Robert J. Rivera
Mairim A. Morales
GOLDEN & SCAZ, PLLC
Attorney At Law
201 North Armenia Avenue
Tampa, FL  33609-2303
#7007 0220 0001 5134 8345