UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by RAL D.C.

OCT 25 2012

STEVEN M. LARIMORE
CLERK U S DIST. CT.
S. D. of FLA. – MIAMI

GRACE D. SOLIS

    Plaintiff

-v-

Case No. 11-CV-23798-SELTZER

PATRICK A. CAREY, P.A.,
Patrick A. Carey Individually,
Robert J. Rivera, Individually
Mairim A. Morales, Individually and

    Defendants

## PLAINTIFF'S AMENDED MOTION FOR AN ORDER TO COMPEL DISCOVERY FROM DEFENDANTS PATRICK A. CAREY, P.A., Patrick A. Carey, Robert J. Rivera and Mairim A. Morales's

COMES NOW, the Plaintiff and hereby files this Amended Motion for an Order to Compel Discovery from Defendants PATRICK A. CAREY, P.A., Patrick A. Carey, Robert J. Rivera and Mairim A. Morales according to Federal Rules of Civil Procedure Numbers 32(d)(C) and states:

1. Plaintiff sent requests for Interrogatories and Production of Documents to the above named Defendants on August 18, 2012 and it was received on August 21, 2012 at 12:16pm via UPS #1Z0ER2961359679532.

2. On September 19, 2012, Plaintiff sent an email in good faith to Defendants' Counsel Dale T. Golden informing them that the Interrogatories and Production of Documents were due on September 20, 2012. Plaintiff requested when and how would the Defendants send

1

these items to the Plaintiff. Plaintiff did not receive a response nor the requested Interrogatories and Production of Documents due by September 2012.

3. On October 24, 2012, Plaintiff received unverified Interrogatories from Defendants PATRICK A. CAREY, P.A. and Mairim A. Morales including objections. Plaintiff received a verified Interrogatory from Defendant Robert J. Rivera also including objections. Plaintiff did not receive an Interrogatory from Defendant Patrick A. Carey.

4. Also on October 24, 2012, Plaintiff received the Defendants' Response to Request for Production of Documents which also included objections. Defendants sent Plaintiff a DVD as the Production of Documents in violation of the Court's order (DE #47) to serve Plaintiff in paper format since Plaintiff does not have a DVD reader.

5. Defendants PATRICK A. CAREY, P.A., Patrick A. Carey, Robert J. Rivera and Mairim A. Morales waived all objections according to Fed. Rules of Civ Proc. 32(d)(C):

> *Objection to a Written Question.* An objection to the form of a written question under Rule 31 is waived if not served in writing on the party submitting the question within the time for serving responsive questions or, if the question is a recross-question, within 7 days after being served with it.

Discovery deadline was September 24, 2012 and Defendants did not timely provide responses to Interrogatories, Request for Production and did not respond to Plaintiff's email sent on September 19, 2012. Therefore, Defendants have waived their objections and must completely respond to the Interrogatories and Request for Production. Defendants must also verify their Interrogatories.

WHEREFORE, Plaintiff moves this Honorable Court to grant Plaintiff's Amended Motion for an Order to Compel Discovery from Defendants PATRICK A. CAREY, P.A., Patrick A. Carey, Robert J. Rivera and Mairim A. Morales.

Respectfully submitted,

*/s/*

Grace D. Solis
730 86th Street
Miami Beach, FL  33141                    Dated: October 24, 2012

## CERTIFICATE OF SERVICE

I, Grace D. Solis, certify that on October 24, 2012, I mailed a true and correct copy of the above and foregoing Plaintiff's Motion for an Order to Compel Discovery from Defendants PATRICK A. CAREY, P.A., Patrick A. Carey, Robert J. Rivera and Mairim A. Morales. via USPS certified mail to:

Ms. Sangeeta Spengler
GOLDEN & SCAZ, PLLC
Attorney At Law
201 North Armenia Avenue
Tampa, FL  33609-2303
Counsel for Defendants
PATRICK A. CAREY, P.A.
Patrick A. Carey
Robert J. Rivera
Mairim A. Morales
#7011 1570 0002 6353 2856