UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23798-CIV-ROSENBAUM/SELTZER

GRACE D. SOLIS,

    Plaintiff,

v.

CLIENT SERVICES, INC., *et al.*,

    Defendants.

_____/

## ORDER REQUIRING NOTICE FROM DEFENDANTS REGARDING STIPULATION OF DISMISSAL

This matter is before the Court upon Plaintiff's Voluntary Dismissal with Prejudice [D.E. 169]. Because Defendants have filed an answer and a summary-judgment motion, this case may be voluntarily dismissed only by a stipulation signed by all parties remaining in the action. *See* Fed. R. Civ. P. 41(a)(1)(A). Although the Court previously required a joint stipulation, *see* D.E. 167, in the interests of judicial economy, the Court directs the remaining Defendants to file a notice indicating whether they join Plaintiff's Voluntary Dismissal with Prejudice. Defendants shall file this notice by **Thursday, April 11, 2013.**

**DONE and ORDERED** at Fort Lauderdale, Florida, this 9th day of April 2013.

*/s/ Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record

Grace D. Solis, *pro se*
730 86th Street
Miami Beach, FL 33141